THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HINDIA YUSUF,<br><br>Defendant. | CASE NO. CR16-0101-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Hindia Yusuf's unopposed motion for early termination of probation (Dkt. No. 27). Having thoroughly considered the motion, the input of the Government and the U.S. Probation Office, and the balance of the record, the Court hereby GRANTS the motion for the reasons explained herein.

Ms. Yusuf pled guilty to theft of public funds in violation of Title 18, United States Code, Section 641. (Dkt. No. 6 at 1.) The Court sentenced her to three years of probation. (Dkt. No. 17.) Ms. Yusuf has served 18 months of her term of probation with no probation violations. (*See* Dkt. No. 27 at 1.) The U.S. Probation Office and the Government support early termination. (*Id.*)

A court may terminate a term of supervised release at any time after the expiration of one year of supervised release "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. §§ 3564(c), 3583(e). The Court must consider several factors in its evaluation of early termination, including the nature and

circumstances of the offense, the history and characteristics of the defendant, the need to deter criminal conduct, the need to protect the public from further crimes, and the need to avoid disparity. 18 U.S.C. §§ 3553(a), 3583(e).

The Court finds that early termination is warranted by Ms. Yusuf's conduct and the interest of justice, taking into consideration the above factors. Ms. Yusuf is a mother of four and valued member of her community, with no prior felony criminal history. (Dkt. No. 16 at 3, 6–7.) There was no evidence of fraud or misrepresentation in the commission of her crime. (*Id*. at 7.) Ms. Yusuf's child care license has been revoked, decreasing the need for extended probation in order to protect the public from further crimes. (*See* Dkt. No. 16-3 at 1.) Finally, the Court makes particular note of Ms. Yusuf's complete compliance with the terms of her probation and the Government's support of early termination. (Dkt. No. 27 at 1.)

For the foregoing reasons, Ms. Yusuf's motion to for early termination of probation (Dkt. No. 27) is hereby GRANTED.

DATED this 27th day of April 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE